**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| ESCAMBIA COUNTY ALABAMA | ) | CASE NO.: 26-12059 |
| COMMUNITY HOSPITALS, INC., d/b/a | ) | |
| ATMORE COMMUNITY HOSPITAL, | ) | |
| | ) | |
| Debtor. | ) | |

**DEBTOR'S STATEMENT OF INSURANCE COVERAGE**

Debtor Escambia County Alabama Community Hospitals, Inc., d/b/a Atmore Community Hospital hereby files its statement of current insurance coverage for which the following declaration pages are attached:

1. Healthcare Workers Compensation Fund (HWCF); Workers' Compensation Policy; 000011026.

2. Auto Owners Insurance; Commercial Property Coverage; 21507-38987090-25.

3. Elpha Secure; Cyber Insurance; 26-110017962.

4. Inspirien; Facility Professional and General Liability; C-HP001059-026.

5. Inspirien; Excess Liability; C-EL001059-026.

_/s/ Alexandra K. Garrett_
Alexandra K. Garrett
Silver Voit Garrett & Watkins,
Attorneys at Law, P.C.
23210 Highway 98, Suite B2
Fairhope, AL 36532
251-338-1081
agarrett@silvervoit.com

Attorney for Atmore Community Hospital

## CERTIFICATE OF SERVICE

I, Alexandra K. Garrett of Silver Voit Garrett & Watkins, Attorneys at Law, P.C. do hereby certify that the above and foregoing Statement of Insurance Coverage was filed using the Court's EM/ECF electronic filing system and has been served upon the following parties and counsel of record as set forth below on Tuesday, August 4, 2026.

_/s/ Alexandra K. Garrett_
Alexandra K. Garrett

**Bankruptcy Administrator**

**Jeffrey R. Barber**
Jones Walker LLP
jbarber@joneswalker.com

**Robert P. Reynolds, Esq.**
Reynolds, Reynolds & Little, LLC
rreynolds@rrllaw.com

**Gilbert C. Steindorff, IV, Esq.**
Reynolds, Reynolds & Little, LLC
gcsiv@rrllaw.com

**Jim Spencer**
Watkins & Eager PLLC
jspencer@watkinseager.com

**Robert C. Matthews, Esq.**
Burr & Forman, LLP
rmatthews@burr.com

**E.B. Harrison Willis**
Cloud & Willis, LLC
hwillis@cloudwillis.com

HWCF

managed by Inspirien

## Certificate of Coverage

This is to certify that the below named member is a participant in the Healthcare Workers' Compensation Self-Insurance Fund. This certificate is provided as a matter of information. It neither affirmatively or negatively amends, extends or alters the coverage, limits, terms or conditions of coverage it certifies. It is agreed that in the event of cancellation or material change in the coverage provided, the Fund will make all reasonable efforts to notify the party at whose request this certificate was issued, but the Fund shall not be liable in any way for failure to give such notice.

Issued To:
Escambia County Alabama Community Hospitals Inc DBA Atmore Community Hospital
401 Medical Park Drive
Atmore, Alabama 32502

Member:
Escambia County Alabama Community Hospitals Inc DBA Atmore Community Hospital
000011 026

Coverage Period: 1/1/2026 - 12/31/2026

Coverage/Limits: Employer's Liability
$1,000,000 / $1,000,000 / $1,000,000

---

This is to certify that the Healthcare Workers' Compensation Self-Insurance Fund has issued to the Member named above, a membership in the Fund at the limits of liability described above, subject to the terms and limits of coverage.

Issued: 12/22/2025

Kelli S. Powers

Chairman/Authorized Representative

bHWCF 98-01-109

**Owners** 

Issued 06-09-2025

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

AGENCY HORTON'S INSURANCE AGENCY LLC
17-0293-00 MKT TERR 041 251-867-5565

Renewal Effective 08-20-2025
**POLICY NUMBER** **215017-38987090-25**
Company Use 38-50-AL-2108

INSURED ESCAMBIA COUNTY ALABAMA COMMUNITY H
HOSPITAL; ATMORE URGENT CARE INC

ADDRESS 401 MEDICAL PARK DR
ATMORE AL 36502-3006

Company Bill

| Policy Term | | |
|---|---|---|
| 12:01 a.m. 08-20-2025 | to | 12:01 a.m. 08-20-2026 |

In consideration of payment of the premium shown below, this policy is renewed. Please attach this Declarations and attachments to your policy. If you have any questions, please consult with your agent.

**THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.**

55039 (11-87)

**COMMON POLICY INFORMATION**

**Business Description:** Medical Offices

**Entity:** Corporation

| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S): | | PREMIUM |
|---|---|---|
| COMMERCIAL PROPERTY COVERAGE | | $80,154.00 |
| | **TOTAL** | **$80,154.00** |

**THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**
Paid in Full Discount applies.
The Paid in Full Discount does not apply to fixed fees, statutory charges or minimum premiums.

Forms that apply to all coverage part(s) shown above (except garage liability, dealer's blanket, commercial automobile, if applicable):
55003 (07-12) 55056 (07-87) 59390 (11-20)

Countersigned By: ______________________

# Conditional Binder of Insurance

## Client Information Details

| | | | |
|---|---|---|---|
| Named Insured | Escambia County Alabama Community Hospitals Inc. DBA Atmore Community Hospital | Address | 401 Medical Park Drive<br>Atmore, AL 36502 |

Elpha Secure is pleased to offer the following binder confirmation for the above named insured.

| | | | |
|---|---|---|---|
| Policy Period | 23 Jul 2026 to 23 Jul 2027 | Binder Number | 26-110017962 |
| Policy Form | ES-1000(0225) | Binder Date | 22 Jul 2026 |
| Policy Aggregate Limit | $2,000,000 | Renewal of | |
| | | Continuity Date | 23 Jul 2026 |

** Applies to all Coverages*

## Premium Details

| | |
|---|---|
| Policy Premium | $23,460 |
| Cybersecurity Services Fee | $1,000 |
| **Total Cost** | $24,460 |

## Coverages

| Insuring Agreement | Limit | Retention |
|---|---|---|
| Business Interruption Loss | $2,000,000 | $25,000<br>(Waiting period: 8 Hours) |
| Cyber Crime | $250,000 | $25,000 |
| Data Restoration | $2,000,000 | $25,000 |
| Data Subject Liability | $2,000,000 | $25,000 |

| | | |
|---|---|---|
| Dependent Business Interruption Loss | $2,000,000 | $25,000<br>(Waiting period: 8 Hours) |
| Extortion Loss | $2,000,000 | $25,000 |
| Hardware Replacement | $2,000,000 | $25,000 |
| Incident Response Expenses | $2,000,000 | $25,000 |
| Media | $2,000,000 | $25,000 |
| Network Security and Privacy Liability | $2,000,000 | $25,000 |
| Payment Card | $2,000,000 | $25,000 |
| Regulatory | $2,000,000 | $25,000 |
| Reputation Loss | $2,000,000 | $25,000 |
| Utility Fraud | $250,000 | $25,000 |

## Endorsements

Refer to **Table of Forms** appended to binder for endorsements and notices applicable to it.

COVERYS
Coverys Specialty Insurance Company

One Financial Center, 675 Atlantic Avenue, Boston, MA 02111
Home Office :: Phone: 800.225.6168 :: Fax: 617.428.9801

# COMMON POLICY DECLARATIONS
## Renewal Declarations

**FIRST NAMED INSURED AND ADDRESS:**
Escambia County Alabama Community Hospitals, Inc.
401 Medical Park Dr.
Atmore AL 36502

**PRODUCER:**
Direct

**POLICY PERIOD:** 1/1/2026 to 1/1/2027 at 12:01 A.M. Standard Time at Named Insured address Above

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE COVERAGE STATED IN THIS POLICY.**

*****THE POLICY SHALL NOT BE EFFECTIVE UNLESS THE FIRST INSTALLMENT PAYMENT*****
*****IS RECEIVED ON OR BEFORE THE DUE DATE DISPLAYED ON THE INVOICE.*****

**COMMERCIAL LIABILITY POLICY** — **POLICY NO: C-HP001059-026**

| Coverage Parts | Coverage Type / Retroactive Date | Limits and Deductibles |
|---|---|---|
| Healthcare Entity Professional Liability | Claims Made<br>See DEC 001A | See DEC 001A |
| Healthcare Provider Professional Liability | Claims Made<br>See DEC002A | See DEC 002A |
| Commercial General Liability | Occurrence<br>See Dec 003A | See Dec 003A |
| Employee Benefits Liability | Claims Made<br>See Dec 004A | See Dec 004A |
| Sexual Misconduct Legal Expense Reimbursement | | See DEC 001A and DEC002A |
| Professional Conduct Review | | See DEC 001A and DEC002A |
| Coverys Response Plus | Claims Made<br>1/1/2026 | See DEC 010 |

**COMMERCIAL LIABILITY POLICY PREMIUM:** **$194,220.00**

This policy is underwritten by an excess and surplus lines carrier and subject to policy fees and state taxes.

| | | | |
|---|---|---|---|
| | | Policy Fee | $150.00 |
| | | State Tax [6.00%] | $11,662.20 |
| | | SLIP+ Transaction Fee [0.175%] | $340.15 |
| | | Total Policy Cost | $206,372.35 |

Sam Mezzich
President

Elizabeth B. Brodeur
Secretary

Activity No:

COVERYS
Coverys Specialty Insurance Company

One Financial Center, 675 Atlantic Avenue, Boston, MA 02111
Home Office :: Phone: 800.225.6168 :: Fax: 617.428.9801

# EXCESS FOLLOWING FORM DECLARATIONS
## Renewal Declarations

**FIRST NAMED INSURED AND ADDRESS:**
Escambia County Alabama Community Hospitals, Inc.
401 Medical Park Dr.

Atmore, AL 36502

**PRODUCER:**
Direct

**POLICY PERIOD:** 1/1/2026 to 1/1/2027 at 12:01 A.M. Standard Time at Named Insured address Above

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE COVERAGE STATED IN THIS POLICY.**

*****THE POLICY SHALL NOT BE EFFECTIVE UNLESS PAYMENT*****
*****IS RECEIVED ON OR BEFORE THE DUE DATE DISPLAYED ON THE INVOICE.*****

**EXCESS LIABILITY COVERAGE** — **POLICY NO: C-EL001059-026**

| Coverage Parts | Coverage Type / Retroactive Date | Limits | Deductibles |
|---|---|---|---|
| Excess Liability Coverage- Follow Form | Claims Made<br>Retroactive Date: 6/20/1984 | $2,000,000 Per Claim<br>$2,000,000 Aggregate | N/A Per Claim<br>N/A Aggregate |

**EXCESS LIABILITY FOLLOWING FORM POLICY PREMIUM:** **$79,679.00**

This policy is underwritten by an excess and surplus lines carrier and subject to policy fees and state taxes.

| | | | |
|---|---|---|---|
| | | Policy Fee | $150.00 |
| | | State Tax [6.00%] | $4,789.74 |
| | | SLIP+ Transaction Fee [0.175%] | $139.70 |
| | | Total Policy Cost | $84,758.44 |

Sam Mezzich
President

Elizabeth B. Brodeur
Secretary

Activity No:
CPD 005 05/22 r6

Date Produced: 3/3/2026