| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Escambia County Alabama Community Hospitals, Inc.<br>Name | EIN: | 63–1143638 |
| United States Bankruptcy Court | Southern District of Alabama | Date case filed for chapter: | 11 7/10/26 |
| Case number: | 26–12059 | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

**10/20**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Escambia County Alabama Community Hospitals, Inc. | |
| **2. All other names used in the last 8 years** | dba Atmore Community Hospital | |
| **3. Address** | 401 Medical Park Drive<br>Atmore, AL 36502 | |
| **4. Debtor's attorney**<br>Name and address | Alexandra K. Garrett<br>Silver Voit Garrett & Watkins<br>23210 Highway 98, Suite B2<br>Fairhope, AL 36532 | Contact phone 251–343–0800<br>Email: agarrett@silvervoit.com |
| **5. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | John A. Campbell US Courthouse<br>113 St. Joseph Street<br>Mobile, AL 36602 | Hours open:<br>8:30 am to 4:30 pm, M–F – Bring Photo ID – Parking information can be found on the court website at www.alsb.uscourts.gov<br>Contact phone (251) 441–5391<br>Date: 8/4/26 |
| **6. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **September 1, 2026 at 02:00 PM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**John A. Campbell US Courthouse, 5th Floor, 113 St. Joseph Street, Mobile, AL 36602** |

**For more information, see page 2 >**

| | |
|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim for all creditors (except a governmental unit):** 11/9/26<br><br>**For a governmental unit:** For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case. See 11 U.S.C. §§ 101(27) and 502(b)(9).<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** 10/13/26 |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

United States Bankruptcy Court
Southern District of Alabama

In re: Case No. 26-12059-JCO
Escambia County Alabama Community Hospit Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 1128-1 User: admin 
Date Rcvd: Aug 04, 2026 Form ID: 309F1 Total Noticed: 77

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Escambia County Alabama Community Hospitals, Inc., 401 Medical Park Drive, Atmore, AL 36502-3006 |
| aty | + | Bill Bensinger, Christian & Small, LLP, 1800 Financial Center, 505 North 20th Street, Birmingham, AL 35203-4633 |
| aty | + | E.B. Harrison Willis, Cloud & Willis, LLC, 3928 Montclair Road, Suite 227, Birmingham, AL 35213-2435 |
| aty | + | Elli Anne Bradley Jennings, Christian & Small LLP, 505 20th Street North, Ste. 1800, Birmingham, AL 35203-4633 |
| aty | + | Eric T. Ray, Holland & Knight LLP, 1901 Sixth Ave N, Suite 1400, Birmingham, AL 35203-4605 |
| aty | + | Gilbert C. Steindorff, IV, Reynolds, Reynolds & Little, LLC, 2100 Southbridge Parkway, Suite 228, Birmingham, AL 35209-1317 |
| aty | + | Jason R. Watkins, Silver Voit Garrett & Watkins, Stonebrook Office Park, 23210 US Highway 98, Ste B2 Fairhope, AL 36532-3397 |
| aty | + | Jim F Spencer, Jr, Watkins & Eager PLLC, P.O. Box 650, Jackson, MS 39205-0650 |
| aty | + | Richard M. Gaal, Jones Walker LLP, 11 North Water Street Suite 1200, Mobile, AL 36602-3809 |
| aty | + | Robert C. Matthews, Burr & Forman LLP, 11 North Water Street, Suite 22200, Mobile, AL 36602-5022 |
| aty | | Robert P. Reynolds, REYNOLDS, REYNOLDS & LITTLE, LLC, Post Office Box 2863, Tuscaloosa, AL 35403-2863 |
| aty | + | Tyler Nathaniel Layne, Holland & Knight LLP, 150 Third Avenue South, Symphony Place, Suite 2800 Nashville, TN 37201-2017 |
| tr | + | BANKRUPTCY ADMINISTRATOR, 113 St. Joseph Street, Suite 520, Mobile, AL 36602-3625 |
| intp | + | City of Atmore, 201 East Louisville Avenue, Atmore City Hall Complex, Atmore, AL 36502-2000 |
| cr | + | Escambia County Health Care Authority, c/o Cloud & Willis, LLC, PO Box 7308, Mobile, AL 36670-0308 |
| cr | + | Forefront Healthcare, LLC, Reynolds Reynolds & Little LLC, P.O. Box 2863, P.O. Box 2863, Tuscaloosa, AL 35403 UNITED STATES 35403-2863 |
| intp | + | Poarch Band of Creek Indians, c/o Eric T. Ray, Holland & Knight LLP, 1901 Sixth Ave N, Suite 1400, Birmingham, AL 35203-4605 |
| cr | + | Trustmark Bank, c/o Jim F. Spencer, Jr., Watkins & Eager PLLC, P.O. Box 650, Jackson, MS 39205-0650 |
| 4084354 | + | 626 OpCo, LLC, 1225 BROKEN SOUND PARKWAY SUITE A, Boca Raton, FL 33487-3533 |
| 4084355 | + | Abbott Rapid Diagnostics Informatics, 915 E High Street, Suite 500, Charlottesville, VA 22902-4818 |
| 4084357 | + | Alina Teleheath, 17310 Kilmahew Pl., Richmond, TX 77407-1753 |
| 4084358 | + | Anatech, Inc., 82 Plantation Point Road #188, Fairhope, AL 36532-2962 |
| 4084359 | + | Arxium, 1000 Asbury Drive, Suite 4, Buffalo Grove, IL 60089-4551 |
| 4084367 | + | COL Imaging Solutions, LLC, 100 Zachary Dr., Scott, LA 70583-5332 |
| 4084369 | + | CPC Office Technologies, 910 E. Cervantes St., Pensacola, FL 32501-3214 |
| 4084370 | + | CPS Telepharmacy, 1751 W Diehl Road, Suite 110, Naperville, IL 60563-4912 |
| 4084360 | | Cardinal Health 110, LLC, C/O Bank of America, PO Box 402605, Atlanta, GA 30384-2605 |
| 4084361 | | Cardinal Health Med Products, PO Box 730112, Dallas, TX 75373-0112 |
| 4084362 | + | Cardiology Associates of Mobile, Inc., 3715 Dauphin Street, Suite 1100, Mobile, AL 36608-1785 |
| 4084363 | | CareFusion Solutions, LLC, c/o Becton, Dickison & Co., 25082 Network Place, Chicago, IL 60673-1250 |
| 4084364 | + | Cerner Corporation, 500 Oracle Parkway, Redwood City, CA 94065-1600 |
| 4084365 | #+ | Change Healthcare, 424 Church Street, Suite 1400, Nashville, TN 37219-2367 |
| 4084366 | + | Cintas Corporation, 5679 Commerce Blvd. East, Mobile, AL 36619-9225 |
| 4087089 | + | City of Atmore, 201 East Louisville, Atmore, AL 36502-2000 |
| 4084368 | | Core Linen Services, P.O. Box 7410297, Chicago, IL 60674-0297 |
| 4084373 | + | DW McMillian Hospital, 1301 Belleville Ave, Brewton, AL 36426-1391 |
| 4084371 | | Dade Paper & Bag Inc., Imperial Dade, PO BOX 27305, New York, NY 10087-7305 |
| 4084372 | + | Draffin & Tucker, LLP, P.O. Box 71309, Albany, GA 31708-1309 |
| 4084375 | + | EJ Saad Law Firm, 6207 Cottage Hill Rd, Mobile, AL 36609-3113 |
| 4084374 | + | Ediphy Advisors, LLC, 1500 Urban Center Drive, Suite 525, Birmingham, AL 35242-2632 |
| 4084376 | #+ | Elsevier, Inc., 521 5th Avenue / 7th Floor, New York, NY 10175-0799 |
| 4084377 | + | Emcare Physician Services, Inc., 13737 Noel Road, Suite 1600, Dallas, TX 75240-1374 |

| | | |
|---|---|---|
| 4084378 | + | Escambia County Healthcare Authority, 1301 Belleville Ave., Brewton, AL 36426-1306 |
| 4084379 | + | Finthrive, Inc., 7950 Legacy Drive, Suite 900, Plano, TX 75024-0235 |
| 4084732 | | Forefront Healthcare, LLC, C/O Robert P. Reynolds, Reynolds Reynolds & Little LLC, P.O. Box 2863, Tuscaloosa, AL 35403-2863 |
| 4084380 | + | Forefront Healthcare, LLC, 22622 Harper Ave., Saint Clair Shores, MI 48080-1822 |
| 4084381 | + | GE Healthcare Financial Services, 9900 Innovation Drive RP-2100, Milwaukee, WI 53226-4856 |
| 4084382 | + | Infinitt North America, Inc., 755 Memorial Parkway Suite 304, Phillipsburg, NJ 08865-2771 |
| 4084383 | + | Inspirien, 505 Cloverdale Road Suite 104, Montgomery, AL 36106-1875 |
| 4084385 | + | Lifeguard Ambulance Service, 950 22nd Street North, Suite 800, Birmingham, AL 35203-5307 |
| 4084386 | + | Medline Industries, Inc., Lockbox 14400, 5503 N Cumberland Ave, Chicago, IL 60656-1471 |
| 4084387 | + | Montgomery Radiology Assoc., PA, 2055 Normandie Dr #108, Montgomery, AL 36111-2730 |
| 4084388 | + | Nicholas Insulation Services, Inc., 3568 DeSirrah Drive, Mobile, AL 36618-1121 |
| 4084390 | | Qualivis, LLC, P O BOX 674913, Dallas, TX 75267-4913 |
| 4084393 | + | RLDatix North America, 311 South Wacker Drive, Suite 4900, Chicago, IL 60606-6653 |
| 4084392 | + | Restorix Health, Inc., 3445 N Causeway Blvd, Suite 600, Metairie, LA 70002-3762 |
| 4084394 | + | Rose Office Systems, Inc., PO Box 608, Saginaw, AL 35137-0608 |
| 4084395 | | ServPro, 40774 US-31, Brewton, AL 36426 |
| 4084396 | | Siemens Healthcare Diagnostics, P O BOX 121102, Dallas, TX 75312-1102 |
| 4084397 | + | Signius Communications, Inc., 8915 Knight Road, Houston, TX 77054-4303 |
| 4084399 | + | Steris Corp., 5960 Heisley Road, Mentor, OH 44060-1834 |
| 4084400 | + | Sysmex America, Inc., 577 Aptakisic Road, Lincolnshire, IL 60069-4325 |
| 4084401 | + | Trubridge, LLC, 4 St Emanuel St., Mobile, AL 36602-3213 |
| 4084403 | + | Trustmark Bank, 227 Belleview Ave, Brewton, AL 36426-2009 |
| 4084404 | + | UAB Health Systems, Inc., Attn: Charlotte Lowery, JNWB Suite 500 500 22nd St. S, Birmingham, AL 35233-3110 |
| 4084677 | + | United Bank, c/o Jeffrey R. Barber, Esq., Jones Walker LLP, 3100 N. State St., Ste. 300, Jackson, MS 39216-4013 |
| 4084406 | + | Western Healthcare, LLC, 13155 Noel Rd, Suite 200, Dallas, TX 75240-5021 |

TOTAL: 67

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: agarrett@silvervoit.com | Aug 05 2026 02:46:00 | Alexandra K. Garrett, Silver Voit Garrett & Watkins, 23210 Highway 98, Suite B2, Fairhope, AL 36532 |
| smg | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 05 2026 02:46:00 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| smg | | Email/Text: atlreorg@sec.gov | Aug 05 2026 02:47:00 | US SECURITIES AND EXCHANGE COMMISSION, E GORDON ROBINSON, CHIEF, BRANCH OF REORGANIZATION, ATLANTA REGIONAL OFFICE, SUITE 1000, 3475 LENOX ROAD NE, ATLANTA, GA 30326-1232 |
| cr | + | Email/Text: ddsparks@csattorneys.com | Aug 05 2026 02:46:00 | LTK, Inc., d/b/a ServPro of Brewton, c/o Christian & Small LLP, 505 20th Street N., Suite 1800, Birmingham, AL 35203, UNITED STATES 35203-4633 |
| 4084356 | | Email/Text: G2APCBANK@southernco.com | Aug 05 2026 02:47:00 | Alabama Power Company, PO Box 242, Birmingham, AL 35292-0001 |
| 4085066 | + | Email/Text: bankruptcy@bottlelessnation.com | Aug 05 2026 02:47:00 | Pure Water Partners LLC, 123 S 3rd AVE STE 28, Sandpoint, ID 83864-1262 |
| 4084391 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Aug 05 2026 02:47:00 | Quest Diagnostics, 500 Plaza Dr., Secaucus, NJ 07094-3656 |
| 4084398 | | Email/Text: BankruptcyNotice@Stericycle.com | Aug 05 2026 02:46:00 | Stericycle, Inc., 2355 Waukegan Road, Deerfield, IL 60015 |
| 4084402 | | Email/Text: bankruptcynotices@trustmark.com | Aug 05 2026 02:46:00 | Trustmark Bank, 248 East Capitol Street, Jackson, MS 39201 |
| 4084405 | + | Email/Text: bankruptcyecf.shared@usfoods.com | Aug 05 2026 02:47:00 | US Foods, 9399 West Higgins Road, Suite 500, Des Plaines, IL 60018-4992 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4084384 | | Jonathan Yoder |
| cr | *+ | United Bank, c/o Jeffrey R. Barber, Esq., Jones Walker LLP, 3100 N. State St., Ste. 300, Jackson, MS 39216-4013 |
| 4084389 | ##+ | Pure Water Partners, 9635 Park Davis Drive, Indianapolis, IN 46235-5202 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra K. Garrett | on behalf of Debtor 1 Escambia County Alabama Community Hospitals Inc. agarrett@silvervoit.com, garrett.alexandrak.b@notify.bestcase.com;ohock@silvervoit.com,lfuller@silvervoit.com |
| BANKRUPTCY ADMINISTRATOR | mark_zimlich@alsba.uscourts.gov |
| Bill Bensinger | on behalf of Creditor LTK Inc., d/b/a ServPro of Brewton bdbensinger@csattorneys.com, bill-bensinger-5829@ecf.pacerpro.com;cfellis@csattorneys.com |
| E.B. Harrison Willis | on behalf of Creditor Escambia County Health Care Authority hwillis@cloudwillis.com ebhw@yahoo.com |
| Elli Anne Bradley Jennings | on behalf of Creditor LTK Inc., d/b/a ServPro of Brewton eaj@csattorneys.com |
| Eric T. Ray | on behalf of Interested Party Poarch Band of Creek Indians etray@hklaw.com brooke.freeman@wallerlaw.com |
| Gilbert C. Steindorff, IV | on behalf of Creditor Forefront Healthcare LLC gcsiv@rrllaw.com |
| Jason R. Watkins | on behalf of Debtor 1 Escambia County Alabama Community Hospitals Inc. jwatkins@silvervoit.com, JAY@ecf.courtdrive.com;ohock@silvervoit.com |
| Jim F Spencer, Jr | on behalf of Creditor Trustmark Bank jspencer@watkinseager.com mryan@watkinseager.com |
| Richard M. Gaal | on behalf of Creditor United Bank rgaal@joneswalker.com swhite@joneswalker.com;asteadman@joneswalker.com;richard-gaal-1319@ecf.pacerpro.com;sharon-white-5035@ecf.pacerpro.com;alex-steadman-8013@ecf.pacerpro.com |
| Robert C. Matthews | on behalf of Interested Party City of Atmore RMatthews@burr.com nforsyth@burr.com;severett@burr.com |
| Robert P. Reynolds | on behalf of Creditor Forefront Healthcare LLC rreynolds@rrllaw.com |

Tyler Nathaniel Layne
on behalf of Interested Party Poarch Band of Creek Indians tyler.layne@hklaw.com hapi@hklaw.com

TOTAL: 13