**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **ESCAMBIA COUNTY ALABAMA** | ) | **Case No: 26-12059** |
| **COMMUNITY HOSPITALS, INC.,** | ) | **Chapter 11 – JCO** |
| | ) | |
| **DEBTOR.** | ) | |
| | ) | |

---

**<u>MOTION FOR RELIEF FROM AUTOMATIC STAY TO THE EXTENT OF PROFESSIONAL LIABILITY INSURANCE PROCEEDS</u>**

COMES NOW, Brittney D. Brown ("Ms. Brown"), and pursuant to 11 U.S.C. § 362(d), moves this Honorable Court, pursuant to the applicable Bankruptcy Rules and the United States Bankruptcy Code, to enter an Order terminating the "automatic stay" imposed by 11 U.S.C. § 362. As grounds for her Motion, Ms. Brown states as follows:

1. Ms. Brown's claim against Debtor Escambia County Alabama Community Hospitals, Inc. (hereinafter referred to as "Debtor") arose from medical treatment she received at Debtor's facility beginning November 17, 2025. At the time of her visit to Debtor's facility, Ms. Brown was experiencing a life-threatening brain hemorrhage that went undiagnosed for approximately fourteen hours. As a result, Ms. Brown suffered significant neurological and visual injuries that are permanent in nature, impacting her ability to complete activities of daily living and hold a job. Ms. Brown has also incurred more than five hundred thousand dollars in medical bills.

2. The incident giving rise to Ms. Brown's claim occurred before Debtor filed for Chapter 11 protection under the United States Bankruptcy Code on July 10, 2026. Moreover, Ms. Brown filed a lawsuit against Debtor related to this incident on February 11, 2026, several months prior to Debtor's Chapter 11

bankruptcy filing. (*See Brittney Brown v. LifeGuard Ambulance Service LLC, et al.*, 30-CV-2026-900035).

3. Upon information and belief, at the time Ms. Brown received treatment at Debtor's facility, Debtor carried a policy of liability insurance providing coverage for Debtor's acts and omissions.

4. Ms. Brown has been notified of the pendency of this Bankruptcy case and the automatic stay. Accordingly, she has taken no further action against Debtor. Unless the relief is granted, Ms. Brown cannot proceed with her claim against Debtor.

5. Relief from the stay is appropriate here. As explained above, Debtor carries a policy of insurance affording coverage for the acts and omissions committed by Debtor and/or its employees, agents, or servants. Debtor holds no equity in the policy. And Ms. Brown will not seek to recover any funds or assets beyond those available under Debtor's policy of insurance. Further, Ms. Brown does not intend to file any amended claims against Debtor for an amount in excess of applicable insurance policy limits or for any amount of a deductible that applies strictly to Debtor arising from a judgment entered by the Escambia County Circuit Court.

WHEREFORE, Brittney Brown requests that this Court enter an Order terminating the automatic stay imposed by Section 362 of the United States Bankruptcy Code and that Ms. Brown be granted leave to proceed with her claim filed in Escambia County Circuit Court so that she can obtain funds from any and all available professional liability insurance policies held by Debtor.

Respectfully submitted this the 14th day of October, 2026.

Respectfully Submitted,

*/s/ Owen M. Mattox*
Owen M. Mattox
(ASB-0976W59E)
*Attorney for Brittney Brown*

**OF COUNSEL**
ALEXANDER SHUNNARAH TRIAL ATTORNEYS, P.C.
2201 4th Avenue North
Birmingham, Alabama 35203
T: (205) 983-8128
F: (205) 203-4229
omattox@asilpc.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 14th day of October, 2026, filed the foregoing pleading via the CM/ECF electronic filing system, which shall notify the following parties:

• **BANKRUPTCY ADMINISTRATOR** mark_zimlich@alsba.uscourts.gov
• **Bill Bensinger** bdbensinger@csattorneys.com, bill-bensinger-5829@ecf.pacerpro.com; cfellis@csattorneys.com
• **Bowdy J Brown** bo.brown@chlaw.com, stephanie.cloutier@chlaw.com; jack.pitts@chlaw.com • Richard M. Gaal rgaal@joneswalker.com, swhite@joneswalker.com; asteadman@joneswalker.com; richard-gaal-1319@ecf.pacerpro.com; sharon-white 5035@ecf.pacerpro.com; alex-steadman-8013@ecf.pacerpro.com
• **Alexandra K. Garrett** agarrett@silvervoit.com, garrett.alexandrak.b@notify.bestcase.com; ohock@silvervoit.com,lfuller@silvervoit.com
• **J. Kirkman Garrett** jkg@tghlaw.com
• **Elli Anne Bradley Jennings** eaj@csattorneys.com
• **Tyler Nathaniel Layne** tyler.layne@hklaw.com, hapi@hklaw.com
• **Robert C. Matthews** RMatthews@burr.com, nforsyth@burr.com; severett@burr.com
• **Evan Nicholas Parrott** eparrott@maynardnexsen.com, amontgomery@maynardnexsen.com
• **Stephen B. Porterfield** stephen.porterfield@dentons.com, jan.pack@dentons.com
• **Eric T. Ray** etray@hklaw.com, brooke.freeman@wallerlaw.com
• **Robert P. Reynolds** rreynolds@rrllaw.com

- **Jim F Spencer** jspencer@watkinseager.com, mryan@watkinseager.com
- **Gilbert C. Steindorff** gcsiv@rrllaw.com
- **Lara Walker** lara.walker@phelps.com, katy.holman@phelps.com
- **Jason R. Watkins** jwatkins@silvervoit.com, JAY@ecf.courtdrive.com; ohock@silvervoit.com
- **E.B. Harrison Willis** hwillis@cloudwillis.com, ebhw@yahoo.com

/s/ Owen M. Mattox
OF COUNSEL